# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| CHARLES DANIELS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV607-007 |
| JOHN BROWN, et al., | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

In an order dated February 8, 2007, this Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a **Prisoner Trust Fund Account Statement** form and a **Consent to Collection of Fees from Trust Account** form. Doc.4. The Court warned plaintiff that his failure to return these forms by March 12, 2007 would result in a recommendation that this case be dismissed. Since plaintiff has not returned these forms, this case should be DISMISSED.

**SO REPORTED AND RECOMMENDED** this 19TH day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| CHARLES DANIELS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CV607-007 |
| JOHN BROWN, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _____ day of _____, 2007.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| CHARLES DANIELS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV607-007 |
| JOHN BROWN, et al., | ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ____ day of _____, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA