# United States District Court
## Southern District of Georgia

CHARLES DANIELS
      Plaintiff

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV607-007

JOHN BROWN, ET AL.
      Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of April 5, 2007, adopting the Report and Recommendation of the Magistrate Judge as the opinion of the Court and dismissing this case; Judgment is hereby entered. This action stands closed.

April 5, 2007
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*